LUCAS VALLEY LAW
MARK K. de LANGIS (SBN 190083)
mdelangis@lucasvalleylaw.com
2110 Elderberry Lane
San Rafael, California  94903
Telephone:  (415) 472-3892

Attorneys for Plaintiffs
APL Co. Pte Ltd and
American President Lines, Ltd.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APL Co. Pte Ltd, a corporation, and AMERICAN PRESIDENT LINES, LTD., a corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>AL-DAN TRADING, INC., a corporation,<br><br>            Defendant. | No. 2:15-CV-6638 AB (JEMx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[F.R.C.P. 41(a)(1)]<br><br>The Honorable Andre Birotte, Jr. |

**NOTICE IS HEREBY GIVEN** that pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), plaintiffs APL Co. Pte., Ltd. and American President Lines, Ltd., voluntarily dismiss the above-captioned matter with prejudice.   Each party is to bear its own costs and fees.

Dated:  November 13, 2015

                                            /s/ *Mark K. de Langis*
                                            Mark K. de Langis
                                            Attorney of Record for
                                            APL Co. Pte., Ltd. and
                                            American President Lines, Ltd.

## PROOF OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of Marin, California, at 2110 Elderberry Lane, San Rafael, California 94903. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**NOTICE OF VOLUNTARY DISMISSAL**

by causing a true and correct copy of the above to be placed in the United States Mail at San Rafael, California in sealed envelope(s) with postage prepaid, addressed as follows:

> Ronald G. Klein, Esq.
> Klein and Fortune, P.A.
> 4340 Sheridan Street, Suite 102
> Hollywood, Florida 33021

> For Al-Dan Trading, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 13, 2015.

/s/   *Mark K. de Langis*
         Mark K. de Langis